UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CAROLINA CASUALTY INSURANCE COMPANY,**<br><br>**Plaintiff,**<br><br>v.<br><br>**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**<br><br>**Defendant.** | Civ. No. 2:18-cv-04813 (WJM)<br><br>**ORDER** |

<u>**WILLIAM J. MARTINI, U.S.D.J.**</u>

    **THIS MATTER** comes before the Court on the parties' competing motions for summary judgment. ECF Nos. 64, 66. For the reasons set forth in the accompanying Opinion, and for good cause appearing;

    **IT IS** on this 17th day of October 2022,

    **ORDERED** that Plaintiff Carolina Casualty Insurance Company's motion, ECF No. 66, is **DENIED**; and it is further

    **ORDERED** that Defendant Liberty Mutual Fire Insurance Company's motion, ECF No. 64, is **GRANTED** and the Complaint is **DISMISSED** with prejudice; and it is further

    **ORDERED** that the Clerk of Court shall mark this matter **CLOSED**.

                                                                     /s/ William J. Martini<br>
                                                   **WILLIAM J. MARTINI, U.S.D.J.**